MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 1396
mqc@call-law.com
MITCHELL S. BISSON, ESQ.
Nevada Bar No. 11920
mbisson@call-law.com
CALLISTER & ASSOCIATES
823 Las Vegas Blvd. South, Ste. 330
Las Vegas, NV 89101
Tel. (702) 385-3343
Fax. (702) 385-2899
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KAREN SHELLY, individually and as special administratrix of the Estate of Capone DeAngilo Austin; and SHAFONDA HAYWOOD, as legal guardian of CAPONE J. AUSTIN, a minor,

Plaintiff,

vs.

CITY OF LAS VEGAS; LAS VEGAS FIRE & RESCUE; WILLIAM L. MCDONALD, individually and in his capacity as Fire Chief; BETSY FRETWELL, individually and in her capacity as City Manager; FRED DEIN, individually; MCNASTY'S AUTO & CYCLE, a sole proprietorship; and JOHN DOES I through X inclusive,

Defendant(s).

CASE NO.: 2:15-cv-01406-APG-GWF

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS (First Request)

Pursuant to Local Rules 6-1, 6-2, and 7-1, Plaintiffs and Defendants City of Las Vegas, Las Vegas Fire & Rescue, William L. McDonald, and Betsy Fretwell (hereinafter "Defendants"), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court extend the deadline by which Plaintiffs are to file their Response to Defendants City of Las Vegas, Las Vegas Fire & Rescue, Fire Chief William L. McDonald, and City Manager Betsy Fretwell's Motion to Dismiss, which was filed on September 2, 2015 as Dkt. 13, from September

/.../.../

/.../.../

1  19, 2015 to **September 25, 2015**. This extension request is not being sought in bad faith or to
2  unduly delay the proceedings.

4  Dated this 17th day of September, 2015.        Dated this 17th day of September, 2015.

6  /s/ Matthew Q. Callister, Esq.              /s/ Elias P. George, Esq.
   MATTHEW Q. CALLISTER, ESQ.                   ELIAS P. GEORGE
   CALLISTER & ASSOCIATES                       Deputy City Attorney
   Nevada Bar No. 1396                          CITY OF LAS VEGAS
   823 Las Vegas Blvd. South, Suite 330         Nevada Bar No. 12379
   Las Vegas, NV 89101                          495 South Main Street, Sixth Floor
   mqc@call-law.com                             Las Vegas, NV 89101
   *Attorneys for Plaintiffs*                   egeorge@lasvegasnevada.gov
                                                *Attorneys for City of Las Vegas*

IT IS SO ORDERED:

_(signature)_

UNITED STATES DISTRICT JUDGE
Dated: September 18, 2015.