# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAREN SHELLY, individually and as special administratrix of the Estate of Capone DeAngilo Austin, *et al.*, | |
| Plaintiffs, | Case No. 2:15-cv-01406-APG-GWF |
| vs. | **ORDER** |
| CITY OF LAS VEGAS, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed July 23, 2015. Defendants filed a Motion to Dismiss (#13) on September 2, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **November 2, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 21st day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge